**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | **8:16CR99** |
| vs. | ) | **ORDER** |
| **BREANNA BICKERSTAFF,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue trial past June 30, 2016, by defendant Breanna Bickerstaff (Bickerstaff) (Filing No.17). Previously, Bickerstaff filed a motion seeking a continuance of the trial set for June 13, 2016 (Filing No. 15). That motion was granted and trial was continued to July 25, 2016 (Filing No. 16). In the future, Bickerstaff's counsel should exercise more care in following the docketing on his cases. Bickerstaff's motion to continue (Filing No. 17) is denied.

**IT IS SO ORDERED.**

DATED this 9th day of June, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge